## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: <u>Civil Action Summons & Complaint</u>

SERVED:    <u>Call, Inc., d/b/a PHARM FORCE</u>

TELEPHONE:<u>Work: (215) 345-4880</u>

ADDRESS:    <u>3655 Route 202, Doylestown, PA 18901</u>

ATTORNEY: <u>Thomas E. Butler, Jr.</u>

COUNTY OF VENUE: <u>USDC E. District of PA</u>    DOCKET NO: <u>204-cv-04759-TON</u>

<u>Glades Pharmaceuticals, LLC</u>        VS    <u>Call, Inc., d/b/a PHARM FORCE</u>
PLAINTIFF(S)                                DEFENDANT(S)

Received this process on the <u>10</u> day of <u>September</u>, 2004, and served the same on the within named <u>defendant</u> at <u>12:55 PM</u>, on the <u>15</u> day of <u>September</u>, 2004, in <u>Bucks</u> County, <u>PA</u>.

☐ INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above.

☐ SUBSTITUTE SERVICE: By leaving a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above, at the within named person's usual place of abode, business with a person residing at the said address, fourteen years of age or older, to wit: _____ and informing such persons of their contents.

☒ CORPORATION SERVICE: By delivering a true copy of this process with the date and hour of serve endorsed thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above, to: <u>Carol McMorris</u>,a <u>Represenative/ Office Manager</u> of <u>Call, Inc., d/b/a PHARM FORCE</u> , a corporation.

☐ NON-SERVICE: By returning the same this ___ day of _____, 2003, for the reason that after diligent search and inquiry the above named could not be located in _____ County, _____,for the following reason: _____.
                    DESCRIPTION

AGE:___    RACE:_____ HGT:_____ WGT:_____ GLASSES:_____

Sworn to and subscribed before me this
<u>16</u> day of <u>September</u>,2004

Before me the undersigned
personally appeared

_____
Notary Public

**LINDA PROCOPIO BATASTINI**
Notary Public of New Jersey
My Commission Expires
June 4, 2008

Frances Eick
and being duly sworn, deposes and says
that he/she served the above on the above
named dates

Selective Subpoena & Investigative Service, Inc.
P.O. Box 8191
Cherry Hill, New Jersey 08002